**Order entered February 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01125-CV

### IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg

This appeal is one of multiple proceedings filed in relation to the underlying suit affecting the parent-child relationship ("SAPCR") and pending in this Court. *See* 05-18-00629-CV, 05-18-01368-CV, and 05-19-00006-CV. In each of these proceedings, relator complains, at least in part, of orders enforcing a fee provision in the parties' divorce decree. On the Court's own motion, we conclude these proceedings should be consolidated into one proceeding and decided together as one appeal.

Accordingly, we **ORDER** cause number 05-18-01125-CV **CONSOLIDATED** into cause number 05-18-00629-CV. We **DIRECT** the Clerk of Court to remove all documents from cause number 05-18-01125-CV and refile them in cause number 05-18-00629-CV and to treat cause number 05-18-01125-CV as a closed case. We **ORDER** that all future pleadings be filed in and bear only cause number 05-18-00629-CV.

The Court will issue a briefing schedule in cause number 05-18-00629-CV in due course.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE